No. 87–6606 (A–699). DARDEN *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN dissent for the reasons stated in JUSTICE BLACKMUN'S dissent from the denial of the petition for writ of certiorari in *Darden* v. *Dugger, ante,* p. 943.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

MARCH 18, 1988

No. 87–1079. PALUMBO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari dismissed as to petitioner Robert T. Porter under this Court's Rule 53.

MARCH 21, 1988

No. 87–1074. FIRST UNION NATIONAL BANK OF FLORIDA ET AL. *v.* FLORIDA DEPARTMENT OF REVENUE ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 87–1120. POUDRE VALLEY RURAL ELECTRIC ASSN., INC. *v.* CITY OF GREELEY, COLORADO, ET AL. Appeal from Sup. Ct. Colo. dismissed for want of properly presented federal question.

No. 87–1173. ADIRONDACK CHAIR CO., INC. *v.* COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.